**STEVEN J. ROTHANS – State Bar No. 106579**
**JILL WILLIAMS – State Bar No. 221793**
**BRIAN R. CHANG – State Bar No. 265735**
**CARPENTER, ROTHANS & DUMONT**
**888 S. Figueroa Street, Suite 1960**
**Los Angeles, CA  90017**
**(213) 228-0400 / (213) 228-0401 [Fax]**
**srothans@crdlaw.com / jwilliams@crdlaw.com**

Attorneys for Defendants, CITY OF SEAL BEACH, a public entity, and OFFICERS RON LAVELLE and GARY KROGMAN, public employees

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK J. PELENTY, JAMES M. PELENSKY,<br><br>   Plaintiffs,<br><br>vs.<br><br>CITY OF SEAL BEACH, RON LAVELLE individually and as a peace officer, and GARY KROGMAN, individually and as a peace officer, DOES 1-10.<br><br>   Defendants. | Case No.:  SACV 10-01939 CJC (Ex)<br><br>**JUDGMENT** |

This action came on for hearing before the Court on October 15, 2012, at 1:30 p.m. on a Motion for Summary Judgment or, in the alternative, Partial Summary Judgment of Issues, heard before the Honorable Cormac J. Carney.  The evidence presented having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

1       IT IS HEREBY ORDERED AND ADJUDGED that the plaintiffs take
2  nothing from Defendants CITY OF SEAL BEACH and OFFICERS RON
3  LAVELLE and GARY KROGMAN, and there is no just cause for delay, this
4  action as to these defendants be dismissed on the merits.

6  DATED: October 22, 2012        _____
                                  HONORABLE CORMAC J. CARNEY
                                  U.S. District Court Judge